UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAQUANA BRAGGS ON BEHALF OF B.B.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-754** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **SECTION: "B"(1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment filed by the plaintiff (Rec. Doc. 15) is **DENIED**; and the Motion for Summary Judgment filed by the Commissioner (Rec. Doc. 20) is **GRANTED**.

New Orleans, Louisiana, this 27th day of February, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE